UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:11-00234 |
| ) | JUDGE SHARP |
| ERICA WATKINS ) | |
| ROBERT ADAMS, III ) | |

## ORDER

Pending before the Court is Defendant Adams' Sealed Motion (Docket No. 42) and Defendant Watkins' Sealed Motion (Docket No. 45).

The motions are GRANTED and the sentencing hearings set for September 21, 2012 are hereby continued to December 10, 2012, at 10:00 a.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE