**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **CASE NO. 3:11-00234-1** |
| ) | **JUDGE SHARP** |
| ERICA WATKINS ) | |

## <u>ORDER</u>

Pending before the Court is Defendant's  Sealed Motion (Docket No. 75) to which the

Government does not oppose.

The motion is GRANTED and the sentencing hearing set for April 18, 2014, is hereby

continued to Friday, October 24, 2014, at 1:30 p.m.

The parties shall file with the Court any unresolved objections, motions for downward

departure, position papers, sentencing memoranda, or any other motion no later than seven (7)

days prior to the sentencing hearing.  Any responses shall be filed no later than three (3) days

before sentencing.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE